UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH GENATOSSIO and<br><br>MICHAEL GENATOSSIO,<br><br>      Plaintiffs<br><br>v.<br><br>NORTH AMERICAN AIRLINES, INC.,<br><br>      Defendant | CIVIL ACTION NO. 05-10881 |

## DEFENDANT'S CORPORATE DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the United States District Court for the District of Massachusetts, North American Airlines, Inc., submits the following as its Corporate Disclosure Statement:

All stock of North American Airlines Inc., is solely owned by an individual, Dan McKinnon.  North American Airlines, Inc. has no parent corporation.

Respectfully submitted,
The Defendants,
NORTH AMERICAN AIRLINES, INC.

/s/ Carey L. Bertrand
Maynard M. Kirpalani, BBO#273940
Carey Bertrand, BBO# 650496
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

Dated:  May 9, 2005

CERTIFICATE OF SERVICE

I, Carey L. Bertrand, hereby certify that a true copy of the foregoing *document* was served upon all counsel of record by forwarding a copy of the same, first class mail, postage prepaid on this 9th day of May 2005 to:

Daniel L. Gibson, Esq.
Sarrouf, Tarricone & Fleming
95 Commercial Wharf
Boston, MA 02110

/s/ Carey L. Bertrand
Carey L. Bertrand

38045.1

38045.1