*Suffolk Superior Civil # 05-0340*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH GENATOSSIO and<br><br>MICHAEL GENATOSSIO,<br><br>Plaintiffs<br><br>v.<br><br>NORTH AMERICAN AIRLINES, INC.,<br><br>Defendant | 05 10881 RGS<br><br>CIVIL ACTION NO. |



### NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT 28 U.S.C. § 1441 (A)

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS:

The Defendant, North American Airlines, Inc.. (hereinafter "NAA" or the "Defendant"), pursuant to Section 1331 and Section 1441 of Title 28 of the United States Code and Rule 81.1 of the Local Rules for the United States District Court, District of Massachusetts, herewith files this Notice of Removal in the United States District Court for the District of Massachusetts from the Superior Court of the Commonwealth of Massachusetts in and for Suffolk County and states the following in support of this Notice of Removal:

1. The Plaintiffs, Deborah and Michael Genatossio, (hereinafter "Genatossio" or the "Plaintiffs"), filed a civil action against NAA on or about January 27, 2005, in the Superior Court of the Commonwealth of Massachusetts in and for Suffolk County, Civil Action No. SUCV2005-0340G, Deborah Genatossio and Michael Genatossio v. North American Airlines, Inc.

2. On or about April 11, 2005, the Plaintiff served NAA with a copy of the Complaint via first class mail. See Letter from Plaintiff's Counsel dated April 7, 2005.

37029.1

MAS-20030912 | | | Commonwealth of Massachusetts | | 04/29/2005
guen | | | SUFFOLK SUPERIOR COURT | | 03:50 PM
| | | Case Summary | |
| | | Civil Docket | |

## SUCV2005-00340
## Genatossio et al v North Americfan Airlines IInc

| Date | Paper | Text |
|---|---|---|
| 01/28/2005 | | Origin 1, Type B04, Track F. |
| 01/28/2005 | 2.0 | Civil action cover sheet filed |
| 04/19/2005 | 3.0 | Summons, Affidavit and Return Receipt Returned re: North American Airlines IInc(Defendant) (Certified Mail 4/11/05) |
| 04/19/2005 | 4.0 | Summons, Affidavit and Return Receipt Returned re: CT Corporation System Resident Agent for North American Airlines IInc, service made on April 11, 2005 (Certified Mail 4/13/05) |
| 04/29/2005 | | Certified cpoy of petiiton for removal to U. S. Dist. Court of Deft. North American Airlines, Inc., U. S. Dist.#(05-10881RGS). |
| 04/29/2005 | | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

I HEREBY ATTEST AND CERTIFY ON
MAY 2, 2005, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY _____

ASSISTANT CLERK.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK.SS.                                    SUPERIOR COURT
                                               CIVIL ACTION NO.
                                               05-0340

DEBORAH GENATOSSIO,           )
and MICHAEL GENATOSSIO,       )
       Plaintiffs.            )
                              )        **PLAINTIFFS' COMPLAINT**
v.                            )
                              )        **PLAINTIFFS CLAIM TRIAL BY JURY**
NORTH AMERICAN AIRLINES,      )
INC.,                         )
       Defendant.             )

### THE PARTIES

1. The plaintiff, Deborah Genatossio, is a citizen of the United States and a resident of the Town of Medfield, County of Norfolk, Commonwealth of Massachusetts.

2. The plaintiff, Michael Genatossio, is a citizen of the United States and a resident of the Town of Medfield, County of Norfolk, Commonwealth of Massachusetts.

3. At all times relevant to this action, the plaintiffs were and remain lawfully married as husband and wife.

4. The defendant, North American Airlines, Inc., based upon information and belief, is a United States corporation with a principle place of business located in Jamaica, New York, however, at all times relevant to this action, the defendant, North American Airlines, Inc., maintained a usual and customary place of business within the City of Boston, County of Suffolk, Commonwealth of Massachusetts.

### JURISDICTION AND VENUE

5. Personal jurisdiction exists over the defendant pursuant to G.L. c. 223A, § 3.

6. Jurisdiction in the United States exists also pursuant to Article 28 of the Warsaw Convention, in that the plaintiff's ticket was issued by North American Airlines, Inc., and purchased by the plaintiffs through an authorized agent within the United States, and the departure and destination of the roundtrip ticket on the North American Airlines, Inc., flight was Boston, Massachusetts.

7. The subject flight involved "international transportation" as defined under the Warsaw Convention.

SARROUF, TARRICONE
& FLEMMING, P.C.
95 COMMERCIAL WHARF
BOSTON, MASS.
(617) 227-5800

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-0940-G

DEBORAH GENATOSSIO, and
MICHAEL GENATOSSIO, Plaintiff(s)

v.

NORTH AMERICAN AIRLINES, INC., Defendant(s)

## SUMMONS

To the above-named Defendant: North American Airlines, Inc.
Building 75, Suite 250, North Hanger Rd.
JFK Airport, Jamaica, NY 11430

You are hereby summoned and required to serve upon Daniel J. Gibson, Esq.
Sarrouf, Tarricone & Flemming
plaintiff's attorney, whose address is 95 Commercial Wharf, Boston, MA 02110, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esquire, at Boston, the 7th day of April, in the year of our Lord two thousand and five.

*Michael Joseph Donovan*
Clerk/Magistrate

NOTES
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT  (2) MOTOR VEHICLE TORT  (3) CONTRACT  (4) EQUITABLE RELIEF  (5) OTHER

FORM CIV.P. 1 3rd Rev.

I HEREBY ATTEST AND CERTIFY ON
MAY 2, 2005, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
ASSISTANT CLERK.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                               SUPERIOR COURT
                                                           CIVIL ACTION NO. 05-0340-G

DEBORAH GENATOSSIO,              )
and MICHAEL GENATOSSIO,          )
         Plaintiffs,             )
                                 )
v.                               )
                                 )
NORTH AMERICAN AIRLINES,         )
INC.,                            )
         Defendant.              )

**AFFIDAVIT OF SERVICE**

I, Daniel J. Gibson, counsel for the plaintiffs, do hereby certified that I have served the defendant, North American Airlines, Inc., at the following location:

CT Corporation System
Resident Agent of North American Airlines, Inc.
111 Eighth Avenue
New York, NY 10011

with a copy of the Summons, Plaintiffs' Complaint and Civil Action Cover Sheet by Certified Mail, return receipt requested, and which return receipt is attached to this Affidavit.

Signed Under the Pains and Penalties of Perjury this 16th day of April, 2005.

For the Plaintiffs,
By Their Attorney,

DANIEL J. GIBSON, ESQ.
BBO#: 550661
Sarrouf, Tarricone & Flemming
95 Commercial Wharf
Boston, MA 02110
Tel.: (617) 227-5800

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CT Corporation System
Resident Agent
North American Airlines, Inc.
111 Eighth Avenue
New York, NY 10011

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number 7003 1010 0003 3860 5113
   (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540