UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:05-cv-10881

| | |
|---|---|
| Deborah Genatossio and Michael Genatossio, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) ) |
| North American Airlines, Inc. | ) ) |
| Defendant. | ) ) ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please **WITHDRAW** my appearance as attorney for the plaintiffs, Deborah Genatossio and Michael Genatossio, in the above-entitled case.

Respectfully submitted,

_____
DANIEL J. GIBSON, ESQ.
BBO#: 550661
SARROUF, TARRICONE & FLEMMING
95 COMMERCIAL WHARF
BOSTON, MA 02110
TEL.: (617) 227-5800

Dated:_____