UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:05-cv-10881

| | |
|---|---|
| Deborah Genatossio and Michael Genatossio, <br><br> Plaintiffs, <br><br> v. <br><br> North American Airlines, Inc. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

Please enter my appearance as attorney for the plaintiffs, Deborah Genatossio and Michael Genatossio, in the above-entitled case.

By Their Attorney,

_____
ANTHONY TARRICONE, ESQ.
BBO#: 492480
SARROUF, TARRICONE & FLEMMING
95 COMMERCIAL WHARF
BOSTON, MA 02110
TEL.: (617) 227-5800

Dated: 8/17/05