UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:05-cv-10881

| | |
|---|---|
| Deborah Genatossio and Michael Genatossio, <br><br> Plaintiffs, <br><br> v. <br><br> North American Airlines, Inc. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the plaintiffs, Deborah Genatossio and Michael Genatossio, in the above-entitled case.

By Their Attorney,

_____
STANLEY D HELINSKI, ESQ.
BBO#: 644416
SARROUF, TARRICONE & FLEMMING
95 COMMERCIAL WHARF
BOSTON, MA 02110
TEL.: (617) 227-5800

Dated: 8/19/05

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the attached pleading was served upon the attorney of record by first class mail postage prepaid and/or hand delivery.
Date: 8/19/05  _____
                Stanley D. Helinski

SARROUF, TARRICONE
& FLEMMING, PC.
95 COMMERCIAL WHARF
BOSTON, MA
(617) 227-5800