UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH GENATOSSIO and<br><br>MICHAEL GENATOSSIO,<br><br>              Plaintiffs<br><br>v.<br><br>NORTH AMERICAN AIRLINES, INC.,<br><br>              Defendant | CIVIL ACTION NO. 05-10881RGS |

## DEFENDANT'S, NORTH AMERICAN AIRLINES, INC., LOCAL RULE 16.4 CERTIFICATION

Pursuant to rule 16.4 of the local rules of the U.S. District Court For The Eastern District Massachusetts, the undersigned counsel for North American Airlines, Inc. and the undersigned North American Airlines, Inc. representative certify that we have conferred over the potential costs of litigation and litigation alternatives and have considered resolution of this litigation through the use of alternative dispute resolution.

Respectfully submitted,
NORTH AMERICAN AIRLINES, INC.,

By Its Attorneys,

Claire Pelletier,
On behalf of Insurer for NAA

/s/ Carey L. Bertrand
Maynard M. Kirpalani, BBO#273940
Carey L. Bertrand, BBO#650496
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

### CERTIFICATE OF SERVICE

I, Carey L. Bertrand, hereby certify that a true copy of the foregoing *document* was served upon all counsel of record by forwarding a copy of the same, first class mail, postage prepaid on this day of August 2005 to:

Stanley Helinski
Sarrouf, Tarricone & Fleming
95 Commercial Wharf
Boston, MA 02110

/s/ Carey L. Bertrand
Carey L. Bertrand

42975.1