UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH GENATOSSIO and<br>MICHAEL GENATOSSIO,<br>            Plaintiffs<br>v.<br>NORTH AMERICAN AIRLINES, INC.,<br>            Defendant | CIVIL ACTION NO. 05-10881RGS |

**PARTIES JOINT STATEMENT PURSUANT TO**
**FED.R.CIV.P. 26(f) AND L.R. 16.1(b)**

The parties to the above-captioned matter, by and through their attorneys, hereby state that:

1.  Pursuant to Fed.R.Civ.P. 26(f) and L.R. 16.1(b), they conferred for the purpose of:

    a.  Preparing an agenda of matters to be discussed at the scheduling conference;
    b.  Preparing a proposed pretrial schedule for the case that includes a plan for discovery; and
    c.  Considering whether they will consent to trial by magistrate judge.

2.  After consideration of the topics contemplated by Fed.R.Civ.P. 16(b) and 26(f) the parties propose the following pretrial schedule:

| **Pretrial Activity** | **Date** |
|---|---|
| Required disclosures (26(a)) | October 3, 2005 |
| Written discovery requests | November 14, 2005 |
| Motions to amend or supplement pleadings | December 12, 2005 |
| Nonexpert disclosures by Plaintiff | January 12, 2006 |

42963.1

| | |
|---|---|
| Nonexpert disclosures by Defendant | February 13, 2006 |
| Final answers to expert interrogatories by plaintiff | February 28, 2006 |
| Final answers to expert interrogatories by defendant | March 13, 2006 |
| All discovery completed | April 13, 2006 |
| All dispositive motions filed | June 30, 2006 |

Dated: September 8, 2005

Respectfully submitted,
Plaintiffs,
DEBORAH GENATOSSIO AND
MICHAEL GENATOSSIO,
/s/ Stanley Helinski
Anthony Tarricone, BBO#
Stanley Helinski, BBO#
Sarrouf, Tarricone & Fleming
95 Commercial Wharf
Boston, MA 02110
(617)   227-5800

The Defendants,
NORTH AMERICAN AIRLINES, INC.

/s/ Carey L. Bertrand
Maynard M. Kirpalani, BBO#273940
Carey Bertrand, BBO# 650496
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

42963.1