UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH GENATOSSIO and MICHAEL GENATOSSIO, Plaintiffs<br><br>v.<br><br>NORTH AMERICAN AIRLINES, INC., Defendant | CIVIL ACTION NO. 05-10881RGS |

**AMENDED JOINT STATEMENT PURSUANT TO**
**FED.R.CIV.P. 26(f) AND L.R. 16.1(b)**

This matter was originally scheduled for a scheduling conference on September 19, 2005. Since the Court has rescheduled this matter for conference on October 3, 2005, the parties to the above-captioned matter, by and through their attorneys, hereby submit the following amended joint statement:

1. Pursuant to Fed.R.Civ.P. 26(f) and L.R. 16.1(b), they conferred for the purpose of:

    a. Preparing an agenda of matters to be discussed at the scheduling conference;
    b. Preparing a proposed pretrial schedule for the case that includes a plan for discovery; and
    c. Considering whether they will consent to trial by magistrate judge.

2. After consideration of the topics contemplated by Fed.R.Civ.P. 16(b) and 26(f) the parties propose the following pretrial schedule:

| **Pretrial Activity** | **Date** |
|---|---|
| Required disclosures (26(a)) | October 17, 2005 |
| Written discovery requests | December 5, 2005 |

43917.1

| | |
|---|---|
| Motions to amend or supplement pleadings | December 27, 2005 |
| Non-expert disclosures by Plaintiff | January 26, 2006 |
| Non-expert disclosures by Defendant | February 27, 2006 |
| Final answers to expert interrogatories by plaintiff | March 14, 2006 |
| Final answers to expert interrogatories by defendant | March 27, 2006 |
| All discovery completed | April 27, 2006 |
| All dispositive motions filed | June 30, 2006 |

Dated: September 16, 2005

Respectfully submitted,

| Plaintiffs, | The Defendants, |
|---|---|
| DEBORAH GENATOSSIO AND MICHAEL GENATOSSIO, | NORTH AMERICAN AIRLINES, INC. |
| /s/ Stanley Helinski | /s/ Carey L. Bertrand |
| Anthony Tarricone, BBO# | Maynard M. Kirpalani, BBO#273940 |
| Stanley Helinski, BBO# | Carey Bertrand, BBO# 650496 |
| Sarrouf, Tarricone & Fleming | Wilson, Elser, Moskowitz, |
| 95 Commercial Wharf | Edelman & Dicker, LLP |
| Boston, MA 02110 | 155 Federal Street |
| (617) 227-5800 | Boston, MA 02110 |
| | (617) 422-5300 |

43917.1