UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH GENATOSSIO and<br>MICHAEL GENATOSSIO,<br>　　　　Plaintiffs<br>v.<br>NORTH AMERICAN AIRLINES, INC.,<br>　　　　Defendant | CIVIL ACTION NO. 05-10881RGS |

**SECOND AMENDED JOINT STATEMENT PURSUANT TO
FED.R.CIV.P. 26(f) AND L.R. 16.1(b)**

This matter was originally scheduled for a scheduling conference on September 19, 2005, was rescheduled to October 3, 2005 and then moved to November 7, 2005. Thus, the parties to the above-captioned matter, by and through their attorneys, hereby submit the following second amended joint statement:

1. Pursuant to Fed.R.Civ.P. 26(f) and L.R. 16.1(b), they conferred for the purpose of:

    a. Preparing an agenda of matters to be discussed at the scheduling conference;
    b. Preparing a proposed pretrial schedule for the case that includes a plan for discovery; and
    c. Considering whether they will consent to trial by magistrate judge.

2. After consideration of the topics contemplated by Fed.R.Civ.P. 16(b) and 26(f) the parties propose the following pretrial schedule:

| **Pretrial Activity** | **Date** |
|---|---|
| Required disclosures (26(a)) | November 21, 2005 |
| Written discovery requests | January 9, 2006 |

43917.2

| | |
|---|---|
| Motions to amend or supplement pleadings | January 30, 2006 |
| Non-expert disclosures by Plaintiff | March 14, 2006 |
| Non-expert disclosures by Defendant | April 14, 2006 |
| Final answers to expert interrogatories by plaintiff | April 14, 2006 |
| Final answers to expert interrogatories by defendant | May 12, 2006 |
| All discovery completed | June 12, 2006 |
| All dispositive motions filed | August 11, 2006 |

Dated: November 4, 2005

| | |
|---|---|
| Respectfully submitted, Plaintiffs, DEBORAH GENATOSSIO AND MICHAEL GENATOSSIO, | The Defendants, NORTH AMERICAN AIRLINES, INC. |
| /s/ Stanley Helinski | /s/ Carey L. Bertrand |
| Anthony Tarricone, BBO# | Maynard M. Kirpalani, BBO#273940 |
| Stanley Helinski, BBO# | Carey Bertrand, BBO# 650496 |
| Sarrouf, Tarricone & Fleming | Wilson, Elser, Moskowitz, |
| 95 Commercial Wharf | Edelman & Dicker, LLP |
| Boston, MA 02110 | 155 Federal Street |
| (617)   227-5800 | Boston, MA 02110 |
| | (617) 422-5300 |

43917.2