UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH GENATOSSIO, and <br> MICHAEL GENATOSSIO, <br>     Plaintiffs, <br><br> v. <br><br> NORTH AMERICAN AIRLINES, INC. <br>     Defendant. | CASE NO.: 05-10881RGS |

## JOINT MOTION TO EXTEND DEADLINES

Plaintiffs Deborah Genatossio and Michael Genatossio and Defendant North American Airlines, Inc., respectfully move for an extension of the Court's Scheduling Order and, specifically, of each date by one month as follows:

| Event | Deadline |
|---|---|
| Plaintiff Non-Expert Disclosures | 4/14/06 |
| Defendant Non-Expert Disclosures | 5/14/06 |
| Plaintiff Expert Interrogatories | 5/14/06 |
| Defendant Expert Interrogatories | 6/12/06 |
| Discovery Completed | 6/15/06 |
| Dispositive Motions | 7/15/06 |
| Responses to Dispositive Motions | 7/29/06 |

The parties state that they are engaged in pre-discovery settlement negotiations and desire to explore all option for resolution prior to encountering additional expenses of discovery. Additionally, the Defendant has made an Offer of Judgment pursuant to Fed.R.Civ.P. 68.

Respectfully submitted,
Plaintiffs, Deborah and Michael Genatossio,
By their attorneys,


/s/ Stanley Helinski
Stanley D. Helinski BBO # 644417
Sarrouf, Tarricone & Flemming
95 Commercial Wharf
Boston, MA 02110
Tel.: (617) 227-5800

-and-

Defendant,
North American Airlines, Inc.
By and through its counsel,

/s/ Carey Bertrand
Carey Bertrand, Esq. BBO# 650496
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300


Dated: March 14, 2006