UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH GENATOSSIO and<br>MICHAEL GENATOSSIO,<br>　　　　　Plaintiffs<br>v.<br>NORTH AMERICAN AIRLINES, INC.,<br>　　　　　Defendant | CIVIL ACTION NO. 05-10881RGS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and hereby stipulate that this matter be dismissed with prejudice and without costs.

Respectfully submitted,
Plaintiffs,
DEBORAH GENATOSSIO AND
MICHAEL GENATOSSIO,
/s/ Stanley Helinski
Anthony Tarricone, BBO#
Stanley Helinski, BBO#
Sarrouf, Tarricone & Fleming
95 Commercial Wharf
Boston, MA 02110
(617) 227-5800

The Defendants,
NORTH AMERICAN AIRLINES, INC.

/s/ Carey L. Bertrand
Maynard M. Kirpalani, BBO#273940
Carey Bertrand, BBO# 650496
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

55975.1